IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LIN HUA MA,<br><br>    Defendant.<br>_____/ | No. CR 05-00465-3 JSW<br><br>**ORDER SETTING STATUS CONFERENCE** |

On October 4, 2006, this Court received correspondence directly from the Defendant Lin Hua Ma. Due to the nature of that correspondence, the Court finds it appropriate to hold a status conference as to Ms. Ma only.

Accordingly, counsel for the United States and counsel for Ms. Ma are HEREBY ORDERED to meet and confer and, in consultation with this Court's Deputy Clerk, select a mutually agreeable date and time for this status conference during the week of October 23, 2006 (excluding October 26, 2006) or on October 30 or 31, 2006. Counsel for Defendant is directed to ensure that his client can appear in person on the date selected. Once the parties have set a date, the matter shall be placed on the Court's calendar via Clerk's Notice.

**IT IS SO ORDERED.**

Dated: October 5, 2006

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE