SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05 465 JSW |
| Plaintiff, | ) | [~~PROPOSED~~] |
| | ) | **ORDER MODIFYING CONDITIONS** |
| v. | ) | **OF PRETRIAL RELEASE** |
| LI HUA MA, | ) | |
| Defendant. | ) | |

    This matter arises out of a petition submitted by U.S. Pretrial Services for modification of the pretrial release conditions for Li Hua Ma, a criminal defendant on release pending sentencing for a conviction of 8 U.S.C. § 1325(c). The matter came before the Court on February 12, 2007 for a hearing on the modification of pretrial release conditions. Defendant Li Hua Ma was present and represented by Frank Bell, Esq, and Laura McKibben, Esq. specially appearing for advisory counsel Garrick Lew, Esq. Assistant United States Attorney Robert David Rees appeared for the United States of America. U.S. Pretrial Services was represented by Allen Lew.

MODIFICATION ORDER: UNITED STATES v. MA, CR 05 465 JSW

1      At the hearing, the government requested modification of the defendant's pretrial
2  release conditions, U.S. Pretrial Services concurred, and the defendant agreed to such
3  modification.  Proffers and arguments affecting modification were submitted by the
4  parties at the hearing.
5      Upon consideration of the facts, proffers, and arguments presented, the Court
6  concluded that the defendant's pretrial release conditions should be modified.  The
7  present order memorializes the Court's new conditions imposed at the hearing.  18 U.S.C.
8  § 3142(c)(3) ("The judicial officer may at any time amend the [pretrial release] order to
9  impose additional or different conditions of release.").
10     In this case, the defendant potentially violated the terms of her pretrial release with
11 respect to a domestic dispute involving an allegation of stalking.  Pursuant to that
12 allegation, a stay-away order was sought and obtained against Ms. Ma by her former
13 boyfriend, Jack Gifford, with support from a private investigator, Paul Blackford.  It was
14 also noted that Ms. Ma's original release conditions failed to include a term that she not
15 possess any firearms, and further noted that Ms. Ma has now been convicted of a felony.
16 Accordingly, based on the evidence above, the Court determined that the defendant's
17 conditions of pretrial release should be modified.

19     Pursuant to 18 U.S.C. § 3142(c)(3), IT IS ORDERED THAT:
20     (1) all conditions of pretrial release previously imposed upon defendant Li
21     Hua Ma shall remain in full force and effect; and
22     (2) the following three conditions are added as conditions to the terms of
23     defendant Li Hua Ma's pretrial release:
24        (1) the defendant shall stay away from Jack Gifford and Paul
25        Blackford in all circumstances, and shall comply with any and all court
26        orders of restraint relating to either Jack Gifford or Paul Blackford;

MODIFICATION ORDER:  UNITED STATES v. MA, CR 05 465 JSW

1       (2) the defendant shall not possess any firearms or destructive
2   devices;
3       (3) the defendant shall participate in mental health counseling as
4   directed by Pretrial Services.

7 Dated:  March 14, 2007

*IT IS SO ORDERED*
*Judge Maria-Elena James*

MODIFICATION ORDER: UNITED STATES v. MA, CR 05 465 JSW