GARRICK S. LEW (SBN 61889)
LAW OFFICE OF GARRICK S. LEW
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorney for Defendant
**Li Hua Ma**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-0465 JSW |
| Plaintiff, ) | |
| vs. ) | [Proposed] SEALING ORDER |
| LI HUA MA., ) | |
|   a/k/a Lin ) | |
|   a/k/a Lene Lam, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, the Clerk of the Court is hereby ordered to seal and file the DECLARATION OF COUNSEL and DEFENDANT'S SENTENCING MEMORANDUM under seal with the court.

DATED: October 30, 2007

_____
The Honorable Jeffrey S. White
United States District Court Judge

1